JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

## I. (a) PLAINTIFFS

Automated Facilities Management Corporation

## DEFENDANTS

Computer Power Software Group, Inc.

**(b)** County of Residence of First Listed Plaintiff **Collin County, TX**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
NOTE: In land condemnation cases, use the location of the tract of land involved.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

LOEVY & LOEVY, 312 North May Street, Suite 100
Chicago, IL 60607 (312) 243-5900

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐1 | U.S. Government Plaintiff | ☐3 Federal Question *(U.S. Government Not a Party)* |
| ☐2 | U.S. Government Defendant | ☐4 Diversity *(Indicate Citizenship of Parties in Item III)* |

☐3 Federal Question ■ (marked)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐625 Drug Related Seizure of Property 21 USC 881 | ☐422 Appeal 28 USC 158 | ☐375 False Claims Act |
| ☐120 Marine | ☐310 Airplane / ☐365 Personal Injury - Product Liability | ☐690 Other | ☐423 Withdrawal 28 USC 157 | ☐400 State Reapportionment |
| ☐130 Miller Act | ☐315 Airplane Product Liability / ☐367 Health Care/ | | | ☐410 Antitrust |
| ☐140 Negotiable Instrument | ☐320 Assault, Libel & Slander / Pharmaceutical | | **PROPERTY RIGHTS** | ☐430 Banks and Banking |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers' / Personal Injury Product Liability | | ☐820 Copyrights | ☐450 Commerce |
| ☐151 Medicare Act | Liability / ☐368 Asbestos Personal | | ☐830 Patent | ☐460 Deportation |
| ☐152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐340 Marine / Injury Product Liability | | ☐840 Trademark | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐480 Consumer Credit |
| ☐160 Stockholders' Suits | ☐350 Motor Vehicle / ☐370 Other Fraud | ☐710 Fair Labor Standards Act | ☐861 HIA (1395ff) | ☐490 Cable/Sat TV |
| ☐190 Other Contract | ☐355 Motor Vehicle Product Liability / ☐371 Truth in Lending | ☐720 Labor/Mgmt. Relations | ☐862 Black Lung (923) | ☐850 Securities/Commodities/ Exchange |
| ☐195 Contract Product Liability | ☐360 Other Personal Injury / ☐380 Other Personal Property Damage | ☐740 Railway Labor Act | ☐863 DIWC/DIWW (405(g)) | ☐890 Other Statutory Actions |
| ☐196 Franchise | ☐362 Personal Injury - Med. Malpractice / ☐385 Property Damage Product Liability | ☐751 Family and Medical Leave Act | ☐864 SSID Title XVI | ☐891 Agricultural Acts |
| | | ☐790 Other Labor Litigation | ☐865 RSI (405(g)) | ☐893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐895 Freedom of Information Act |
| ☐210 Land Condemnation | ☐440 Other Civil Rights / ☐510 Motions to Vacate Sentence | | ☐870 Taxes (U.S. Plaintiff or Defendant) | ☐896 Arbitration |
| ☐220 Foreclosure | ☐441 Voting / **Habeas Corpus:** | | ☐871 IRS—Third Party 26 USC 7609 | ☐899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐230 Rent Lease & Ejectment | ☐442 Employment / ☐530 General | | | ☐950 Constitutionality of State Statutes |
| ☐240 Torts to Land | ☐443 Housing/ Accommodations / ☐535 Death Penalty | | | |
| ☐245 Tort Product Liability | ☐445 Amer. w/Disabilities - Employment / ☐540 Mandamus & Other | **IMMIGRATION** | | |
| ☐290 All Other Real Property | ☐446 Amer. w/Disabilities - Other / ☐550 Civil Rights | ☐462 Naturalization Application | | |
| | ☐448 Education / ☐555 Prison Condition | ☐463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | / ☐560 Civil Detainee - Conditions of Confinement | ☐465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

■1 Original Proceeding ☐2 Removed from State Court ☐3 Remanded from Appellate Court ☐4 Reinstated or Reopened ☐5 Transferred from another district *(specify)* ☐6 Multidistrict Litigation

## VI. CAUSE OF ACTION
(Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

35 U.S.C. § 281
Patent Infringement

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 5,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ■ No

## IX. This case (check one box)
■ is not a refiling of a previously dismissed action
☐ is a refiling of case number _____ previously dismissed by Judge _____

Date
03/02/2012

Signature of Attorney of Record

*Mike Kanovitz*