**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| AUTOMATED FACILITIES MANAGEMENT CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. |
| IFS NORTH AMERICA, INC., | ) ) | |
| Defendant | ) ) | |

**CORPORATE DISCLOSURE STATEMENT OF**
**PLAINTIFF AUTOMATED FACILITIES MANAGEMENT CORPORATION**

Plaintiff Automated Facilities Management Corporation, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby discloses its corporate parents.

Automated Facilities Management Corporation is owned by Acacia Research Group LLC, which in turn is owned by the publicly traded corporation Acacia Research Corporation.

Date: March 2, 2012

RESPECTFULLY SUBMITTED,

/s/ Michael Kanovitz_____

Jon Loevy
Michael Kanovitz
Vincenzo Field
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607
Ph: (312) 243-5900
Fx: (312) 243-5902