# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 12-cv-1555 |
|---|---|

AUTOMATED FACILITIES MANAGEMENT CORPORATION
v.
IFS NORTH AMERICA, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AUTOMATED FACILITIES MANAGEMENT CORPORATION

| | |
|---|---|
| NAME (Type or print) <br> Michael Kanovitz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael Kanovitz | |
| FIRM <br> LOEVY & LOEVY, Attorneys at Law | |
| STREET ADDRESS <br> 312 North May Street, Suite 100 | |
| CITY/STATE/ZIP <br> Chicago, IL 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6275233 | TELEPHONE NUMBER <br> (312) 243-5900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |