AO 121 (6/90)

| TO: | |
|---|---|
| **COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)** <br> **P.O. Box 1450** <br> **Alexandria, VA 22313-1450** | **REPORT ON THE** <br> **FILING OF DETERMINATION OF AN** <br> **ACTION REGARDING A PATENT OR** <br> **TRADEMARK** |

In compliance with 35 U.S.C. 290 and/or 15 U.S.C. 1116 you are hereby advised
that a court action has been filed on the following patent(s)/trademark(s) in the U.S. District Court:

| DOCKET NO. <br> 12cv1555 | DATE FILED: <br> 3/5/2011 | **UNITED STATES DISTRICT COURT,** <br> **NORTHERN DISTRICT OF ILLINOIS,** <br> **EASTERN DIVISION** |
|---|---|---|
| Plaintiff(s) Automated Facilities Management Corporation | | Defendant(s) IFS North America |

| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| **7,548,970** | **6/16/2009** | **Automated Facilities Management Corporation** |
| | | |
| | | |
| | | |
| | | |

In the above-entitled case, the following trademarks(s) have been included:

| DATE INCLUDED | INCLUDED BY <br> [ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading | |
|---|---|---|
| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| **CLERK - MICHAEL W. DOBBINS** <br><br> Thomas G. Bruton | **DEPUTY CLERK:** <br><br> s/Vettina Franklin | **DATE:** <br><br> 3/6/2012 |