Russell Ainsworth
Steve Art
Roshna Bala Keen
Vincenzo Field
Gayle Horn
Michael Kanovitz
Heather Lewis Donnell
Samantha Liskow
Arthur Loevy
Danielle Loevy
Jon Loevy

# LOEVY & LOEVY
ATTORNEYS AT LAW

312 N. May Street
Suite 100
Chicago, Illinois 60607

Debra Loevy-Reyes
Aaron Mandel
Elizabeth Mazur
Pier Petersen
Rachel Steinback
Anand Swaminathan
Julie Thompson
Tara Thompson
Cindy Tsai
Daniel Twetten
Elizabeth Wang

Telephone 312.243.5900
Facsimile 312.243.5902

Website www.loevy.com
Email loevylaw@loevy.com

March 6, 2012

Thomas G. Bruton
Clerk of Court
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: *Automated Facilities Management Corporation, V. IFS North America, Inc.*, 12 C 1555

Dear Mr. Bruton:

Please accept this letter as a Request for the Clerk of Court to Refund Filing Fee in the above-referenced matter.

The $350.00 filing fee for this case was erroneously paid twice due to a technical issue during filing, as reflected by receipt nos. 0752-6901087 and 0752-6901023, respectively. Receipt No. 0752-6901023 reflects the unintentional payment for which we request a refund.

Thank you for your assistance. Please contact me if you have any questions.

Sincerely,

/s/ Michael Kanovitz
Michael Kanovitz