**Arrow CT Corporation**

208 S. LaSalle Street
Chicago, IL 60604

312 345 4332 tel
312 750 0660 fax
www.ctlegalsolutions.com

March 14, 2012

12cv1555

FILED
MAR 22 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Michael Kanovitz
Loevy & Loevy
312 N. May St.,
Suite 100,
Chicago, IL 60607

Re: Automated Facilities Management Corporation, Pltf. vs. Computer Power Software Group, Inc., etc., Dfts.

Case No. 12C1555

Dear Sir/Madam:

Process in the above referenced case was attempted upon -- as the purported agent for service of process for Computer Power Software Group, Inc

Computer Power Software Group, Inc is inactive on the records of the State IL. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Thad DiBartelo
SOP Corporate Operations Manager

Log# 520137957

FedEx Tracking# 798178819156

cc: Northern District of Illinois - U.S. District Court - Eastern Division
219 S. Dearborn Street,
Chicago, IL 60604