**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Automated Facilities Management Corporation

                        Plaintiff,

v.                                                    Case No.: 1:12–cv–01555
                                                       Honorable Milton I. Shadur

IFS North America, Inc., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 24, 2012:

       MINUTE entry before Honorable Milton I. Shadur:Motion to reassign case [21] is denied as moot. Motion to reassign case [22] is denied as moot. Status hearing held on 4/24/2012. On Plaintiff's oral motion this action is hereby dismissed without prejudice. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.